**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JONATHAN RICHARD LEE,

Petitioner,

v.

STATE OF MINNESOTA,

Respondent.

Case No. 26-CV-3202 (NEB/SGE)

ORDER ACCEPTING
REPORT AND RECOMMENDATION

---

The Court has received the July 14, 2026 Report and Recommendation of United States Magistrate Judge Shannon G. Elkins. (ECF No. 7.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 7) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED WITHOUT PREJUDICE;

3. Petitioner's application to proceed *in forma pauperis* (ECF No. 4) is DENIED;

4. The action is DISMISSED WITHOUT PREJUDICE; and

5. No certificate of appealability be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 17, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge